**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNELL NEALY, | **Case No. 3:20-cv-01491-FJS-ML** |
| Plaintiff, | |
| v. | |
| WEBBANK, | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO**
**DEFENDANT WEBBANK**

NOTICE IS HEREBY GIVEN that, Pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure, Plaintiff Donnell Nealy and Defendant WebBank hereby stipulate that this action and

all claims and defenses asserted therein be dismissed with prejudice as to Defendant WebBank.

No claims remain pending in the matter.

Date:  November 8, 2022

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

*/s/ Santiago J. Teran*
Santiago J. Teran
NY Bar No. 5528906
Price Law Group, APC
1001 N Federal Hwy, Ste 349
Hallandale, FL 33009
C: (347) 946-7990
T: (818) 600-5586
F: (818) 600-5486
E: santiago@pricelawgroup.com

*Attorneys for Plaintiff*
*Donnell Nealy*

*/s/  Elsa M. Bullard & Thomas K. Pryor*
Elsa M. Bullard (MN Bar No. 0392113)
Thomas K. Pryor (MN Bar No. 0396209)
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000
F: (612) 766-1600
E: elsa.bullard@faegredrink.com
Tom.pryor@faegredrinker.com

Helen E. Tuttle (Bar No. 2996932)
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07960
T: (973) 549-7263
F: (973 360-9831
E: helen.tuttle@faegredrinker.com

*Attorneys for Defendant*
*WebBank*